| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CASBN 44332)<br>   United States Attorney | FILED |
| 2  | |
| 3  BRIAN J. STRETCH (CASBN 163973)<br>   Chief, Criminal Division | 08 MAR 5 P 2: 29 |
| 4  ROBERT N. MICHAELS (PABN 200948)  E-FILING<br>   Special Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537
FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08 00139 PVT |
| Plaintiff, | VIOLATION: 18 U.S.C. §701 – Official Badges, Identification Cards, Other Insignia; |
| vs. | 18 U.S.C. §1382 – Entering Military, Naval or Coast Guard Property |
| ANTO KNEZEVIC, | |
| Defendant. | |

### INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §701 – Official Badges, Identification Cards, Other Insignia.

On or about and between April 4 and July 21, 2007, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

ANTO KNEZEVIC,

1

an individual removed from employment with the Defense Language Institute, Foreign Language Center and Presidio of Monterey, as of March 2, 2007, did unlawfully manufacture and use the Defense Language Institute, Foreign Language Center heraldry/insignia design, prescribed for use by employees of the Defense Language Institute, Foreign Language Center, in violation of Title 18, United States Code, Section 701, a Class B misdemeanor.

COUNT TWO: 18 U.S.C. §701 – Official Badges, Identification Cards, Other Insignia.

On or about September 10, 2007, at 190 Seeno Street (Larkin School), Monterey, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

ANTO KNEZEVIC,

an individual removed from employment with the Defense Language Institute as of March 2, 2007, did unlawfully manufacture and use a Xerox copy of a Department of the Army civilian identification card, prescribed for use by employees of the Defense Language Institute, in violation of Title 18, United States Code, Section 701, a Class B misdemeanor.

COUNT THREE: 18 U.S.C. §701 – Official Badges, Identification Cards, Other Insignia.

On or about August 15, 2007, at Presidio of Monterey, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

ANTO KNEZEVIC,

an individual removed from employment with the Defense Language Institute as of March 2, 2007, did unlawfully manufacture and use a Xerox copy of a Department of the Army civilian identification card, prescribed for use by employees of the Defense Language Institute, in violation of Title 18, United States Code, Section 701, a Class B misdemeanor.

//

1  COUNT FOUR: 18 U.S.C. §1382 – Entering Military, Naval or Coast Guard Property.

2  On or about September 10, 2007, at the Larkin School, Monterey, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

ANTO KNEZEVIC,

did enter property of the Presidio of Monterey base complex after having been ordered not to reenter by Colonel Tucker B. Mansager, a person in charge thereof, on January 25, 200, in violation of Title 18 United States Code, Section 1382, a Class B misdemeanor.

DATED: 3/5/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

Approved as to form: _____
Robert N. Michaels, SAUSA

3

INFORMATION
United States of America vs. Anto Knezevic

AO 257 (Rev. 9/92)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Presidio of Monterey, DLI FLC

U.S.C. Citation: see attached

**FILED**
2008 MAR 5 P 2:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

CR-08 00139 PVT

Name of District Court, and/or Judge/Magistrate Judge Location (City): Northern District of California

DEFENDANT -- U.S. vs.
Anto Knezevic

Address: 123 Seeno St.
Monterey, CA 93940

Birth Date: [redacted]   ☑ Male   ☐ Female   ☐ Alien (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): [blank]

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, POM PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. / Day / Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. / Day / Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd, April 7, 2008 at 9:30 am.
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

# ATTACHMENT TO PENALTY SHEET
## U.S. v. KNEZEVIC

**COUNT ONE:** 18 U.S.C., Section 701 - Unlawful use of official letterhead. stationary containing the U.S. Department of Defense heraldry device for the Defense Language Institute Foreign Language Center, Presidio of Monterey, CA.

      Penalties:    Mandatory Minimum: N/A
                      Maximum Penalties:
                            6 Months imprisonment
                            $250.00 fine

**COUNT TWO:** 18 U.S.C., Section 701 - Unlawful use of official letterhead. stationary containing the U.S. Department of Defense heraldry device for the Defense Language Institute Foreign Language Center, Presidio of Monterey, CA.

      Penalties:    Mandatory Minimum: N/A
                      Maximum Penalties:
                            6 Months imprisonment
                            $5,000 fine

**COUNT THREE:** 18 U.S.C., Section 701 - Unlawful use of official letterhead. stationary containing the U.S. Department of Defense heraldry device for the Defense Language Institute Foreign Language Center, Presidio of Monterey, CA.

      Penalties:    Mandatory Minimum: N/A
                      Maximum Penalties:
                            6 Months imprisonment
                            $5,000 fine

**COUNT FOUR:** 18 USC Sec. 1382 - Entering military, naval or Coast Guard Property.

      Penalties:    Mandatory Minimum: N/A
                      Maximum Penalties:
                            6 Months imprisonment; and/or
                            $5,000 fine